UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRIAN ALBERT HAGEDORN**                           **CIVIL ACTION**

**VERSUS**                                          **NO. 16-16919**

**BARACK OBAMA, ET AL.**                            **SECTION "F" (3)**

ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE as frivolous under Federal Rule of Civil Procedure 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 16th day   February  , 2017.

_____
UNITED STATES DISTRICT JUDGE